*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★   ★   ★                                                ★   ★   ★

## MEMORANDUM OPINION

No. 04-09-00058-CR

Mark Anthony **GUZMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR0383W
Honorable Philip A. Kazen, Jr., Judge Presiding

Opinion by:    Marialyn Barnard, Justice

Sitting:       Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  October 14, 2009

AFFIRMED

Mark Anthony Guzman pled true to violating the conditions of his deferred adjudication

community supervision.  His guilt was adjudicated, and he was sentenced to two years in a state jail

facility.  Guzman's court-appointed attorney filed a brief containing a professional evaluation of the

record in accordance with *Anders v. California*, 386 U.S. 738 (1967).  Counsel concludes that the

appeal has no merit.  Counsel provided Guzman with a copy of the brief and informed him of his

right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Guzman did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. Appellate counsel's motion to withdraw is granted. *Nichols v. State*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Guzman wish to seek further review of this case by the Texas Court of Criminal Appeals, Guzman must either retain an attorney to file a petition for discretionary review or Guzman must file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with this court, after which it will be forwarded to the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3, 68.7. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Marialyn Barnard, Justice

DO NOT PUBLISH